AO 245H   (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense (Short Form)
  Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| **V.** | **(For a Petty Offense)** — Short Form |
| ROBERT J. GARCIA | CASE NUMBER:  07-po-00001-GJR |
| | USM NUMBER: |
| | Colleen B. Scissors |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ **THE DEFENDANT** pleaded guilty to count(s)    ONE (Amended)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.2 and CRS | DRIVING WITHOUT A VALID OPERATOR'S LICENSE | 11/24/2006 | ONE |
| 42-2-101(a) | | | (Amended |
| | | | |

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Assessment | Fine |
|---|---|---|
| **Total:** | $ 10.00 | $ 35.00 |

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

2/6/2007
Date of Imposition of Judgment

_Gudrun Rice_
Signature of Judge

GUDRUN RICE          USMagistrate Judge
Name of Judge          Title of Judge

2/27/07
Date

Defendant's Mailing Address: